# IN THE COURT OF APPEALS OF TENNESSEE
## MIDDLE SECTION AT NASHVILLE

| | | |
|---|---|---|
| **FREDRICKA A. STEINER,** | ) | |
| | ) | **Davidson Circuit** |
| **Plaintiff/Appellant,** | ) | **No. 94C-2468** |
| | ) | |
| **VS.** | ) | |
| | ) | |
| **THE PARMAN CORPORATION,** | ) | |
| | ) | **Appeal No.** |
| **Defendants/Appellees,** | ) | **01A01-9705-CV-00233** |

**FILED**

**December 30, 1997**

**Cecil W. Crowson**
**Appellate Court Clerk**

# O R D E R

The plaintiff-appellant has filed a respectful petition to rehear which has been duly considered and is hereby respectfully denied.

ENTER _____

_____
HENRY F. TODD
PRESIDING JUDGE, MIDDLE SECTION

_____
BEN H. CANTRELL, JUDGE

_____
WALTER W. BUSSART, JUDGE